UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTUARDO LUJAN IRASTORZA,<br><br>                                                            Petitioner,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>                                                           Respondents. | Case No.: 25-cv-2981-CAB-KSC<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>[Doc. No. 2] |

      Petitioner Jesus Estuardo Lujan Irastorza, an immigration detainee housed at the Otay Mesa Detention Center proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Petitioner has also filed a motion to proceed in forma pauperis. [Doc. No. 2.] Upon review, and for the reasons discussed below, the Court **DENIES** the motion to proceed in forma pauperis and **DISMISSES** the case without prejudice.

      Petitioner's request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine his financial status. A request to proceed in forma pauperis must include a completed affidavit with a statement of all assets showing an inability to pay the $5.00 filing fee. *See* CivLR 3.2. While Petitioner has submitted an affidavit signed by an authorized third-party filer, [*see* Doc.

No. 2 at 5], upon review, Petitioner has not completed *any* of the questions contained in the application despite explicit instructions to complete all questions and to "not leave any blanks."[1]  [*Id.* at 1.]

Accordingly, the Court **DENIES** the request to proceed in forma pauperis.  [Doc. No. 2.]  Because the Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice for failure to satisfy the filing fee requirement.  To have the case reopened, Petitioner must, no later than **January 5, 2026**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee.  *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

It is **SO ORDERED.**

Dated:  November 6, 2025

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] In an exhibit attached to the Petition, Petitioner indicates he "is unable to prepay the filing fee or submit a completed AO 239 application because the Otay Mesa Detention Center has denied him access to printing, copying, and his certified trust account statement," [Doc. No. 1 at 15], but he has also not completed portions of the form which ask about subjects including but not limited to estimated income for Petitioner and Petitioner's spouse, employment history, assets, expenses, those who rely upon Petitioner or Petitioner's spouse for support, and Petitioner's age and years of schooling.  [*See generally* Doc. No. 2.]