UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JESUS ESTUARDO LUJAN IRASORZA, | Case No.: 3:25-cv-02981-CAB-KSC |
|---|---|
| Petitioner, | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| PAM BONDI, et al., | **[Doc. No. 1]** |
| Respondents. | |

Petitioner Jesús Estuardo Luján Irastorza ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")]. In the Petitioner, Petitioner also requested a temporary restraining order ("TRO"). [Petition at 13.] On December 3, 2025, the Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **DENIES** the Petition. This Court does not have jurisdiction over the issues raised.

The Court **DENIES** Petitioner's TRO as **MOOT**.

///

///

///

1

25-cv-02981-CAB-KSC

The Clerk of Court shall close the case.

It is **SO ORDERED.**

Dated:  December 3, 2025

_____

Hon. Cathy Ann Bencivengo
United States District Judge

25-cv-02981-CAB-KSC